STATE OF NEW JERSEY v. JAY P. DURR.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MURPHY.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE MACK PLATTS.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY STRICKLAND.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD VOORHEES.

October 28, 1986.

Petition for certification denied.